UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA ANDRIULLI *and* JANE DOE, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>    - against -<br><br>DANONE NORTH AMERICA, LLC,<br><br>        Defendant. | No. 7:19-cv-05165-VB<br><br>**NOTICE OF APPEARANCE OF MICHAEL R. REESE ON BEHALF OF PLAINTIFFS AND THE PROPOSED CLASS** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, Michael R. Reese, certify that I am admitted to practice in this Court. Please enter my appearance as counsel in the above-captioned case for Plaintiffs and the proposed class.

Date: June 3, 2019                               Respectfully submitted,

                                 By:  */s/ Michael R. Reese*
                                      Michael R. Reese
                                      *mreese@reesellp.com*
                                      **REESE LLP**
                                      100 West 93rd Street, 16th Floor
                                      New York, New York 10025
                                      Telephone: (212) 643-0500
                                      Facsimile: (212) 253-4272

                                      *Counsel for Plaintiffs and the Proposed Class*