## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERESA ANDRIULLI *and* JANE DOE, *individually and on behalf of all others similarly situated*,<br><br>                Plaintiffs,<br><br>  - against -<br><br>DANONE NORTH AMERICA, LLC,<br><br>                Defendant. | No. 7:19-cv-05165-VB<br><br>**NOTICE OF APPEARANCE OF GEORGE V. GRANADE ON BEHALF OF PLAINTIFFS AND THE PROPOSED CLASS** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    I, George V. Granade, certify that I am admitted to practice in this Court. Please enter my appearance as counsel in the above-captioned case for Plaintiffs and the proposed class.

Date: June 3, 2019                                          Respectfully submitted,

                                                           By:  */s/ George V. Granade*
                                                               George V. Granade
                                                               *ggranade@reesellp.com*
                                                               **REESE LLP**
                                                               100 West 93rd Street, 16th Floor
                                                               New York, New York 10025
                                                               Telephone: (212) 643-0500
                                                               Facsimile: (212) 253-4272

                                                               *Counsel for Plaintiffs and the Proposed Class*